AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>LITTLE, JR., F. A | 2. Court or Organization<br><br>WESTERN DISTRICT OF LOUISIANA | 3. Date of Report<br><br>5/4/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR JUDGE | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date 10/17/1984<br><br>○ Initial   ⊙ Annual   ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>P.O. BOX 1031<br><br>ALEXANDRIA, LOUISIANA 71309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
May 10 9 59 AM '05
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

**B. Spouse's Non-Investment Income** (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(includes these to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | LA.STATE LAW INSTITUTE | PARTIAL REIMBURSEMENT FOR COUNCIL ATTENDANCE |
| 2. | | IN NEW ORLEANS FROM JAN.-JUNE & SEPT.-DEC. |
| 3. | George Mason Law School | Tucson, Az, 22-29 April, Institute on Property Rights for Judges |
| 4. | | Seminar, transportation, meals, lodging |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

Name of Person Reporting

LITTLE,JR., F. A

Date of Report

5/4/2005

| Name of Person Reporting | Date of Report |
|---|---|
| LITTLE,JR., F. A | 5/4/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. HIBERNIA CORP. | C | Div | L | T | | | | | |
| 2. CENTRAL VT. PUB. SV. | B | Div | K | T | | | | | |
| 3. HAWAIIAN ELECTRIC | B | Div | K | T | | | | | |
| 4. HALLIBURTON CORP. | A | Div | K | T | | | | | |
| 5. EVERGREEN FUND | A | Div | J | T | | | | | |
| 6. Reliant Resources | A | Dividend | J | T | | | | | |
| 7. IBM | A | Div | K | T | | | | | |
| 8. HARRIS CORP. | A | Div | K | T | | | | | |
| 9. BANK AMERICA | C | Div | M | T | | | | | |
| 10. BP-Amoco | A | Div | J | T | | | | | |
| 11. GLAXOSMITHKLINE | C | Div | M | T | | | | | |
| 12. ConocoPhillips | A | Div | J | T | | | | | |
| 13. | | | | | | | | | |
| 14. TIDEWATER MARINE | A | Div | J | T | | | | | |
| 15. TEXAS INDUSTRIES INC. | B | Div | L | T | | | | | |
| 16. Regions Financial | C | Div | K | T | | | | | |
| 17. | | | | | | | | | |
| 18. AMERICAN EXPRESS | A | Div | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income/Gain Codes: (See Columns B1 and B4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LITTLE, JR., F. A | 5/4/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | 3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. BRE PROP. | B | Div | K | T | | | | | |
| 20. CYPRESS MINERALS | A | Div | J | T | | | | | |
| 21. AMEREN CORP. | B | Div | K | T | | | | | |
| 22. SOUTHWEST AIRLINES | A | Div | J | T | | | | | |
| 23. EXXONMOBIL | B | Div | L | T | | | | | |
| 24. SBC COMM. | C | Div | K | T | | | | | |
| 25. AT&T | A | Div | J | T | | | | | |
| 26. MLYNCH FUND | D | Div | M | T | sell | 10/11 | M | E | |
| 27. MASS MUTUAL LIFE | | None | J | T | | | | | |
| 28. CATERPILLAR TRACTOR | A | Div | K | T | | | | | |
| 29. TEMPLETON WORLDWIDE | B | Div | K | T | | | | | |
| 30. BANC ONE CORP | B | Div | K | T | | | | | |
| 31. | | | | | | | | | |
| 32. JPMORGAN | A | Div | J | T | | | | | |
| 33. | | | | | | | | | |
| 34. ALLERGON INC. | A | Div | J | T | | | | | |
| 35. WHITNEY HOLDING | B | Div | L | T | | | | | |
| 36. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $100,001-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = $More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LITTLE, JR., F. A | 5/4/2005 |

## VII.  INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. GENERAL ELECTRIC | C | Div | M | T | | | | | |
| 38. EQUITABLE COMPANIES | A | Div | J | T | | | | | |
| 39. BECKMAN INSTRUMENTS | A | Div | J | T | | | | | |
| 40. BRISTOL MYERS SQUIBB | A | Div | K | T | | | | | |
| 41. WALT DISNEY INC. | A | Div | J | T | | | | | |
| 42. AMERICAN HOME PRODUCTS | A | Dividend | K | T | | | | | |
| 43. HEINZ | A | Dividend | J | T | | | | | |
| 44. | A | | | | | | | | |
| 45. BANCO BILBOA VIZCAYA | A | Dividend | J | T | | | | | |
| 46. ALTRIA | A | Dividend | K | T | | | | | |
| 47. Merrill Lynch Management | C | Dividend | P1 | T | | | | | |
| 48. HARRIS COMPUTER SYSTEMS CORP. | A | Dividend | J | T | | | | | |
| 49. LEHMAN BROTHERS HOLDING INC. | A | Dividend | J | T | | | | | |
| 50. KEYCORP | A | Dividend | K | T | | | | | |
| 51. ALLERGAN LIGAND | A | Dividend | J | T | | | | | |
| 52. MOTOROLA, INC. | A | Dividend | J | T | | | | | |
| 53. ROYAL DUT. SHELL | A | Dividend | K | T | | | | | |
| 54. WEYERHAUSER CO. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LITTLE,JR., F. A | 5/4/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. HIGHLANDS INSURANCE INC. | A | Dividend | J | T | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. TIME TREND | A | Dividend | K | T | sell | 12/30 | J | A | |
| 59. Merck & Co. | A | Dividend | K | T | sell | 11/12 | J | A | sold at loss |
| 60. Centerpoint Energy | A | Dividend | J | T | sell | 12/14 | J | A | |
| 61. Advanced Medical Optics | A | Dividend | J | T | | 7-2 | J | | |
| 62. Cleco | A | Dividend | J | T | | 7-2 | J | | |
| 63. Del Monte Foods Co. | A | Dividend | J | T | | 12-02 | J | | |
| 64. Texas Genco Holdings | A | Dividend | J | T | | 12-02 | J | | |
| 65. Comcast Corp. | A | Dividend | J | T | | 12-0 | J | | |
| 66. AT&T Wireless Inc. | A | Dividend | J | | | 07-0 | J | | |
| 67. AT&T | A | Dividend | J | T | buy | 2/9 | J | | |
| 68. | | | | | | | | | |
| 69. Cemex ADR | A | Dividend | J | T | buy | 05/11 | J | | |
| 70. BHP Billiton Ltd. | A | Dividend | J | T | buy | 06/11 | J | | |
| 71. Hitachi Ltd. | A | Dividend | J | T | buy | 06/11 | J | | |
| 72. Teva Pharmac. | A | Dividend | J | T | buy | 05/11 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $6,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LITTLE,JR., F. A | 5/4/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J,P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Linsco/Private Ledger | D | Dividend | N | T | buy | 10/11 | N | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII   ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date 4 May 05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544